UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LASHAWN ALFORD | Crim. No. 22-CR-110 (MAS)<br><br>**<u>RELEASE ORDER</u>** |

    This matter having been opened to the Court by the parties for a modification of the Court's previously imposed detention order to provide for Defendant Lashawn Alford's release as set forth below now that a bed will be available at an inpatient drug treatment program on November 5, 2024; and the United States is represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant U.S. Attorney, appearing), the Defendant is represented by Adam Axel, Esq., and the Defendant remains under the supervision of United States Probation; and for good cause shown:

    IT IS, therefore, on this 31st day of October, 2024,

    ORDERED that:

1. Mr. Alford shall be released from the custody of the United States Marshal on **<u>November 5, 2024 at 9 a.m.</u>** for his immediate and direct transportation to Integrity House, an inpatient drug program located at 1091 Broad St. Newark, NJ 07102;

2. An investigator from the Office of the Federal Public Defender will wait for Mr. Alford at the Monmouth County Correctional Institute. Once

released, she will assist Mr. Alford by calling Integrity House, and Integrity House will order an Uber to transport him directly to Integrity House.

3. All prior conditions of supervision remain in place, Defendant will remain under Probation's supervision, and he must continue to comply with all of Probation's conditions and recommendations as part of his continued Supervised Release.

_____
HON. JUSTIN T. QUINN
United States Magistrate Judge

**It is further ordered that Judge Quinn is to be immediately notified of any violations.